

600 Third Avenue, 42nd Floor, New York, NY, 10016 • 212.684.0199

June 30, 2016

Jason A. Nagi
(212) 644-2092
(212) 684-0197  Fax
jnagi@polsinelli.com

The Honorable Judge Michael A. Shipp
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ  08608

**Re:  Airconditioning and Refrigeration Industry, etc. v. Valeant Pharmaceuticals Int'l, Inc., et al., No.:  3:16-cv-03087-MAS-LHG**

Dear Judge Shipp:

We are counsel to Defendant, Philidor RX, and write to request an extension of time to respond to the complaint.  We have contacted plaintiff's counsel, Lindsey H. Taylor, Esq., who has consented to the extension.  We are in the process of agreeing to a specific schedule, which we hope to have by next week.  As such, we request that Your Honor extend the time for Philidor RX to respond to the complaint and permit the parties to notify the Court when an agreed schedule has been reached.

Respectfully submitted,

*/s/ Jason A. Nagi*

Jason A. Nagi

JN/
Encls.

Cc:  James E. Cecchi
     Lindsey H. Taylor
     Caroline F. Barlett
     Donald A. Ecklund
     Gerald H. Silk

polsinelli.com

Atlanta    Boston    Chicago    Dallas    Denver    Houston    Kansas City    Los Angeles    Nashville    New York    Phoenix
St. Louis    San Francisco    Washington, D.C.    Wilmington
Polsinelli PC, Polsinelli LLP in California

53504815