James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGGELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700

*Lead Counsel and Interim Class Counsel*

James A. Harrod
Jai Chandrasekhar
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10019
Tel.:  (212) 554-1400
Fax:  (212) 554-1444

*Lead Counsel, Interim Class Counsel, and Counsel for Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund, Fire and Police Health Care Fund, San Antonio, and Plumbers Local Union No. 1 Welfare Fund*

Robert A. Hoffman
Julie B. Palley
BARRACK, RODOS & BACINE
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 297-1484
- and -
Jeffrey W. Golan
Jeffrey A. Barrack
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
*Counsel for Plaintiff the Detectives Endowment Association of New York City*

Steven J. Toll
Julie Goldsmith Reiser
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
    - and -
 Christopher Lometti
Joel P. Laitman
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797

*Counsel for Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Health Benefits Fund*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. THIRD-PARTY PAYOR LITIGATION | Civil Action No. 16-3087(MAS)(LHG)<br><br>**NOTICE OF MOTION** |

To: All counsel on ECF service list

**PLEASE TAKE NOTICE** that on Tuesday, January 3, 2017, at 10 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Lead Plaintiffs shall move before the Hon. Lois H. Goodman, U.S.M.J. at Clarkson S. Fisher Federal Building and Federal Courthouse, 402 East State Street, Trenton, NJ 08608 for an Order pursuant to L.Civ.R. 101.1(c) admitting Jake Nachmani *pro hac vice* in the above matter.

The undersigned intends to rely upon the annexed Declarations of Lindsey H. Taylor and Jake Nachmani.  No brief is necessary because the law in this area is well settled.  Defendants have no objection to the relief sought in this motion.

The undersigned hereby consents that this motion be decided on the papers pursuant to Federal Rule of Civil Procedure 78.

                                          CARELLA, BYRNE, CECCHI,
                                          OLSTEIN BRODY & AGNELLO
                                          *Lead Counsel and Interim Class Counsel*

                                          By:   /s/ Lindsey H. Taylor
                                                   LINDSEY H. TAYLOR

Dated: December 5, 2016

James A. Harrod
Jai Chandrasekhar
Jake Nachmani
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, N.Y. 10020
(212) 554-1400
*Lead Counsel, Interim Class Counsel, and Counsel for Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund, Fire and Police Health Care Fund, San Antonio, and Plumbers Local Union No. 1 Welfare Fund*