James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGGELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700

*Lead Counsel and Interim Class Counsel*

James A. Harrod
Jai Chandrasekhar
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
Tel.:  (212) 554-1400
Fax:  (212) 554-1444

*Lead Counsel, Interim Class Counsel, and Counsel for Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund, Fire and Police Health Care Fund, San Antonio, and Plumbers Local Union No. 1 Welfare Fund*

Robert A. Hoffman
Julie B. Palley
BARRACK, RODOS & BACINE
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 297-1484
- and -
Jeffrey W. Golan
Jeffrey A. Barrack
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
*Counsel for Plaintiff the Detectives Endowment Association of New York City*

Steven J. Toll
Julie Goldsmith Reiser
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
       - and -
 Christopher Lometti
 Joel P. Laitman
 88 Pine Street, 14th Floor
 New York, New York 10005
 Telephone: (212) 838-7797

*Counsel for Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Health Benefits Fund*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. THIRD-PARTY PAYOR LITIGATION | Civil Action No. 16-3087(MAS)(LHG) <br><br> **DECLARATON OF** <br> **LINDSEY H. TAYLOR** |

LINDSEY H. TAYLOR, ESQ., of full age, hereby declares under penalty of perjury as follows:

1. I am an attorney licensed to practice in New Jersey and am a member of with Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Lead Counsel and Interim Class Counsel in the above matter. I make this declaration in support of Plaintiffs' application to admit Jake Nachmani *pro hac vice* in the above matter.

2. As is set forth in his Declaration, Mr. Nachmani is a members in good standing of bar of the State of New York, as well as a number of federal bars.

3. Mr. Nachmani will represent Plaintiffs and the proposed class in association with Carella Byrne as attorneys of record. All pleadings, briefs, and other papers filed with this Court in this matter will be signed and filed by an attorney at law of this Court and Carella Byrne will be responsible for his conduct. Further, Carella Byrne will appear at all court proceedings unless otherwise excused by the Court.

4. If this application is granted Mr. Nachmani agrees to:

    a. make payment of $150.00 to the Clerk of the U.S. District Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within 20 days from the date of the executed Order;

    b. make payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a);

    c. abide by New Jersey court rules;

    d. notify this Court immediately of any matter affecting their standing at the bar of any other court; and

e. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

5. Prior to making this application, I contacted counsel for Defendants to request their consent for Mr. Nachmani's *pro hac vice* admission. I was advised that the Defendants consented.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2016

/s/ Lindsey H. Taylor
LINDSEY H. TAYLOR