| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGGELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ  07068<br>(973) 994-1700<br><br>*Lead Counsel and Interim Class Counsel* | Robert A. Hoffman<br>Julie B. Palley<br>BARRACK, RODOS & BACINE<br>One Gateway Center, Suite 2600<br>Newark, NJ 07102<br>Telephone: (973) 297-1484<br>- and -<br>Jeffrey W. Golan<br>Jeffrey A. Barrack<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br>*Counsel for Plaintiff the Detectives Endowment Association of New York City* |
| James A. Harrod<br>Jai Chandrasekhar<br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>1251 Avenue of the Americas<br>New York, NY 10019<br>Tel.:  (212) 554-1400<br>Fax:  (212) 554-1444<br><br>*Lead Counsel, Interim Class Counsel, and Counsel for Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund, Fire and Police Health Care Fund, San Antonio, and Plumbers Local Union No. 1 Welfare Fund* | Steven J. Toll<br>Julie Goldsmith Reiser<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>       - and -<br> Christopher Lometti<br> Joel P. Laitman<br> 88 Pine Street, 14th Floor<br> New York, New York 10005<br> Telephone: (212) 838-7797<br><br>*Counsel for Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Health Benefits Fund* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. THIRD-PARTY PAYOR LITIGATION | Civil Action No. 16-3087(MAS)(LHG)<br><br>**NOTICE OF MOTION** |

To: All counsel on ECF service list

**PLEASE TAKE NOTICE** that on Tuesday, January 3, 2017, at 10 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Lead Plaintiffs shall move before the Hon. Lois H. Goodman, U.S.M.J. at Clarkson S. Fisher Federal Building and Federal Courthouse, 402 East State Street, Trenton, NJ 08608 for an Order pursuant to L.Civ.R. 101.1(c) admitting Hannah Ross *pro hac vice* in the above matter.

The undersigned intends to rely upon the annexed Declarations of Lindsey H. Taylor and Hannah Ross. No brief is necessary because the law in this area is well settled. Defendants have no objection to the relief sought in this motion.

The undersigned hereby consents that this motion be decided on the papers pursuant to Federal Rule of Civil Procedure 78.

                                                                               CARELLA, BYRNE, CECCHI,
OLSTEIN BRODY & AGNELLO
*Lead Counsel and Interim Class Counsel*

By: /s/ Lindsey H. Taylor
      LINDSEY H. TAYLOR

Dated: December 7, 2016

James A. Harrod
Jai Chandrasekhar
Jake Nachmani
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**
1251 Avenue of the Americas
New York, N.Y. 10020
(212) 554-1400
*Lead Counsel, Interim Class Counsel, and Counsel for Plaintiffs
AirConditioning and Refrigeration Industry Health and Welfare
Trust Fund, Fire and Police Health Care Fund, San Antonio,
and Plumbers Local Union No. 1 Welfare Fund*