**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. THIRD-PARTY PAYOR LITIGATION | Case No. 3:16-cv-03087-MAS-LHG <br><br> **CERTIFICATION OF SERVICE** <br><br> *ELECTRONICALLY FILED* |

On April 10, 2017, I, the undersigned, caused to be served a true and correct copy of Defendant Matthew Davenport's Reply in Support of his Motion to Stay on all counsel of record via ECF.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ *James v. Noblett*

James V. Noblett (NJ-039562006)
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078