UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. THIRD-PARTY PAYOR LITIGATION

Civil Action No. 16-3087 (MAS) (LHG)

**ORDER**

This matter comes before the Court upon Defendants Andrew Davenport and Philidor Rx Services, LLC's ("Philidor") Motion to Stay (ECF No. 55), and Defendant Matthew Davenport's Motion to Stay (ECF No. 56) (collectively, "Moving Defendants"). Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund; Fire and Police Health Care Fund, San Antonio; and Plumbers Local Union No. 1 Welfare Fund (collectively, "Opposing Plaintiffs") filed consolidated opposition to both motions (ECF No. 59), and Moving Defendants replied (ECF Nos. 63, 64). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion,

IT IS on this 9th day of August 2017, **ORDERED** that:

1. Andrew Davenport and Philidor's Motion to Stay (ECF No. 55) is GRANTED.
2. Matthew Davenport's Motion to Stay (ECF No. 56) is GRANTED.
3. All proceedings in this case are stayed until the conclusion of *United States v. Tanner, et al.*, No. 17-00061 (S.D.N.Y. filed Jan. 26, 2017), or until the Court lifts

the stay. Accordingly all pending motions to dismiss (ECF Nos. 38, 42, 43) are hereby terminated.

4. The parties shall e-file joint case status updates every three months beginning **November 1, 2017**.

/s/ Michael A. Shipp

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE