# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. THIRD-PARTY PAYOR LITIGATION | Case No. 3:16-cv-03087-MAS-LHG<br><br>**NOTICE OF DEFENDANT ESTATE OF MATTHEW DAVENPORT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |
|---|---|

To:    ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on November 4, 2019, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Estate of Matthew Davenport ("Estate"), shall apply before the United States District Court, Clarkson S. Fisher Building and United States Courthouse, 402 East State Street, Trenton, New Jersey, 08608 for an Order granting Defendant Estate of Matthew Davenport's Motion to Dismiss the Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that the Estate will rely upon his supporting Brief as well as the separate Briefs submitted by Defendants Valeant Pharmaceuticals International, Inc., Philidor Rx Services, LLC, and Andrew Davenport in support of their respective Motions to Dismiss the Amended Complaint. A proposed form of Order

is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1(b), the Estate requests oral argument.

**Dated**: August 28, 2019          **Respectfully submitted,**

Bochetto & Lentz, P.C.

By:   /s/ Albert M. Belmont, III
      Gavin P. Lentz
      Albert M. Belmont, III
      1524 Locust Street
      Philadelphia, PA 19102
      (215) 735-3900
      Glentz@bochettoandlentz.com
      Abelmont@bochettoandlentz.com