James E. Cecchi
CARELLA, BYRNE, CECCHI,
   OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Hannah Ross
James A. Harrod
Jai K. Chandrasekhar
James M. Fee
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400

*Lead Counsel, Interim Class Counsel, and Counsel for Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund, Fire and Police Health Care Fund, San Antonio, and Plumbers Local Union No. 1 Welfare Fund*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. THIRD-PARTY PAYOR LITIGATION | Civil Action No. 16-3087-(MAS)(LHG) |

To:  All persons on ECF service list

**PLEASE TAKE NOTICE** that, at such date and time as the Court shall determine, the undersigned counsel for Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund, Fire and Police Health Care Fund, San Antonio, Plumbers Local Union No. 1 Welfare Fund, New York Hotel Trades Council & Hotel Association of New York City, Inc. Health Benefits Fund, and the Detectives Endowment Association of New York City ("Plaintiffs") will

move the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order Preliminarily Approving Proposed Settlement and Providing for Notice which, among other things, will (i) preliminarily approve the proposed settlement with Valeant Pharmaceuticals International, Inc. (the "Valeant Settlement"); (ii) certify the proposed Settlement Class, certify Plaintiffs as class representatives for the Settlement Class, and appoint Bernstein Litowitz Berger & Grossmann LLP and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. as Class Counsel, for purposes of settlement only; (iii) approve the form and manner of giving notice of the proposed Valeant Settlement to Settlement Class Members; and (iv) schedule a hearing to consider final approval of the Valeant Settlement and approval of the Plan of Allocation and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.  This motion is unopposed.

The undersigned intend to rely upon the annexed brief.  The Stipulation and Agreement of Settlement with Valeant Pharmaceuticals International, Inc. and the proposed form of Order Preliminarily Approving Settlement and Providing for Notice and its exhibits are enclosed herewith.

| | |
|---|---|
| Dated:  August 5, 2021 | **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.** |
| | <u>/s/James E. Cecchi</u><br>    James E. Cecchi<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br>JCecchi@carellabyrne.com |
| | *Lead Counsel, Interim Class Counsel, and Local Counsel for Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund, Fire and Police Health Care Fund, San Antonio, and Plumbers* |

*Local Union No. 1 Welfare Fund*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Hannah Ross
James A. Harrod
Jai Chandrasekhar
James M. Fee
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Lead Counsel, Interim Class Counsel, and Counsel for Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund, Fire and Police Health Care Fund, San Antonio, and Plumbers Local Union No. 1 Welfare Fund*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan
Jeffrey A. Barrack
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

*Counsel for Plaintiff the Detectives Endowment Association of New York City*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Julie Goldsmith Reiser
S. Douglas Bunch
1100 New York Ave, N.W.
East Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600

- and -

Christopher Lometti
Joel P. Laitman
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797

*Counsel for Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Health Benefits Fund*