UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. THIRD-PARTY PAYOR LITIGATION | Civil Action No. 16-3087 (MAS) (LHG) <br><br> **ORDER** |

This matter comes before the Court on the Report and Recommendation (the "Report" or "R. & R.") of the Honorable Dennis M. Cavanaugh, U.S.D.J. (ret.) (the "Special Master"), recommending final approval of two class action settlements and for attorneys' fees, costs, and incentive awards. (ECF No. 204.) Named Plaintiffs AirConditioning and Refrigeration Industry Health and Welfare Trust Fund; Fire and Police Health Care Fund, San Antonio; Plumbers Local Union No. 1 Welfare Fund; Detectives Endowment Association of New York City; and New York Hotel Trades Council & Hotel Association of New York City, Inc. Health Benefits Fund (collectively, "Named Plaintiffs") and Defendant Valeant Pharmaceuticals International, Inc. ("Valeant") reached the first settlement valued at $23,000,000. (ECF No. 194-2.) Named Plaintiffs and Defendants Philidor Rx Services, LLC, Andrew Davenport, and the Estate of Matthew S. Davenport (collectively, the "Philidor Defendants") reached the second (together with the Valeant settlement, the "Settlement Agreements") valued at $125,000. (ECF No. 195-2.) Named Plaintiffs also moved for fees, costs, and incentive awards, totaling $7,757,835.39. (ECF No. 200.) Having considered the Special Master's Report and having reviewed the parties' submissions, the Court decides this matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion and for other good cause shown,

**IT IS**, on this 22nd day of February 2022, **ORDERED** as follows:

1. The Special Master's Report (ECF No. 204) is **ADOPTED**.

2. Valeant and the Philidor Defendants' Motion for Final Approval of the Settlement Agreements (ECF No. 199) is **GRANTED**.

3. Valeant and the Philidor Defendants' Motion for Attorneys' Fees and Litigation Expenses (ECF No. 200) is **GRANTED**.

4. The Clerk shall close this case.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE